NITED STATES DISTRICT COURT OF THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
STONEGARDENS ADVISORY LLC,                            :     Civil Action No.
                                                      :
                        Plaintiff,                    :     **COMPLAINT**
                                                      :
            v.                                        :
                                                      :     <u>**JURY TRIAL DEMANDED**</u>
DEEPMEDIA.AI. f/k/a Anonymous A.I. Inc.,              :
                                                      :
                        Defendant.                    :
-----------------------------------------------------------------X

Plaintiff Stonegardens Advisory LLC ("Stonegardens" or "Plaintiff"), by and through its attorneys Wasserman Grubin & Rogers, LLP, for its complaint against Defendant DeepMedia.AI f/k/a Anonymous A.I. Inc., ("DeepMedia" or "Defendant") respectfully alleges as follows:

## NATURE OF THE ACTION

1. Stonegardens seeks to recover the $540,000 to $940,000 in both cash and equity-share compensation it is owed for the contracted-for and additional, *inter alia*, advisory, brand-positioning, administration-support, business development, and strategy services that Stonegardens performed at the behest and for the benefit of DeepMedia.

2. This is an action for monetary damages arising from the material breaches by DeepMedia of two separate services agreements, pursuant to which DeepMedia retained Stonegardens to perform services and provide resources for the purpose of developing, growing, and securing business for DeepMedia from the United States Department of Defense ("US-DoD") and major private technology companies in the AI security market.

3. Beginning in December 2020 and continuing through December 2023, Stonegardens provided advisory services which included, but were not limited to brand

positioning, administrative support, business strategies, preparation of proposals, business development, mentorship, as well as target-market coaching.

4. Notwithstanding the success and monetary benefits (millions of dollars of direct revenue, and additional indirect revenue alike) DeepMedia enjoyed as a direct result of Stonegardens' services, DeepMedia refused and failed to remit outstanding monies and compensation owed to Stonegardens, a disabled veteran owned business.

## JURISDICTION AND VENUE

5. This Court has original diversity jurisdiction of this civil action, pursuant to 28 U.S.C. § 1332(a), because Stonegardens and DeepMedia are citizens of different States and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. This Court may exercise personal jurisdiction over DeepMedia, pursuant to, *inter alia*, Federal Rule of Civil Procedure 4(k)(1(A), because DeepMedia, upon information and belief, transacts business within the State of New York, and, specifically, DeepMedia purposefully transacted business in New York by retaining Stonegardens, establishing a continuing contractual relationship with Stonegardens, in which the business activities that give rise to this action were conducted within both the State of New York and the geographical area that comprises the Southern District of New York for the United States District Court.

7. Pursuant to 28 U.S.C. § 1391(b)(2), venue lies in the United States Judicial District for the Southern District of New York because a substantial part of the events or omissions giving rise to Stonegardens' claims against DeepMedia occurred within the United States Judicial District for the Southern District of New York. Moreover, DeepMedia is subject to the personal jurisdiction of the United States District Court for the Southern District of New York with respect to the claims asserted in this action. Additionally, Stonegardens' principal place of business and

headquarters is located within the United States Judicial District for the Southern District of New York.

## THE PARTIES

8. Stonegardens is a limited liability company, organized and existing under the laws of Delaware, taxed as a New York S Corporation, with its principal place of business located at 115 Broadway, 7th Fl, New York, New York 10016.

9. Stonegardens' sole members are Daniel Selli and Nicholas Angerame, each having a fifty percent interest therein.

10. Daniel Selli is a resident of the State of New York, residing in the County of Suffolk.

11. Nicholas Angerame is a resident of the State of New York, residing in the County of Kings.

12. Since 2019, Stonegardens has served as one of the premier defense industry advisory and consulting services companies and is devoted to assisting and promoting emerging deep technology companies by identifying and growing new domestic and global opportunities in both the commercial and public sectors.

13. Upon information and belief, DeepMedia, is a corporation, organized and existing under the laws of the State of Delaware, with its principal place of business located at 200 2nd St., Unit 115, Oakland, California 94607–4574.

14. Upon information and belief, DeepMedia operates a "DeepFake" detection platform that is designed to provide solutions to global commercial enterprises as well as the military sector to safeguard against misinformation and fake identity intrusion.

## FACTUAL ALLEGATIONS

15. Upon information and belief, in or about December 2020, DeepMedia was interested in promoting its presence in the deepfake technology market so it would be able to have the opportunity to deliver its platform to a greater number of end-users.

16. Recognizing that it lacked the internal resources, know-how, and contacts to secure the greater market visibility it sought to achieve, DeepMedia decided to retain Stonegardens to spearhead, among other things, DeepMedia's business development and brand positioning efforts, particularly as applied to the US-DoD.

17. Indeed, upon information and belief, prior to retaining Stonegardens, DeepMedia had never worked or approached the US-DoD in any capacity.

### The December 10, 2020, Advisory Services Agreement

18. On or about December 10, 2020, DeepMedia entered into an agreement with Stonegardens (the "2020 Agreement," annexed hereto as "Exhibit No. 1"), pursuant to which Stonegardens was retained, *inter alia*, to "act as a mentor or advisor to [DeepMedia]" and provide services which would ultimately expose DeepMedia to a greater market share and elevate the level of clientele.

19. The 2020 Agreement contemplated the following services:

- Introductions to Stonegardens' network of end-users and business contracts;
- Brand Positioning of DeepMedia materials and technology offerings to better resonate and apply to Air Force/DOD end-user needs;
- Preparation of Contract Proposals;
- Administrative and Strategic Projects Support;
- Conducting Weekly Strategy Meeting;
- Provide Target Market Coaching;
- Advising on prospective deals, and

4

- Introductions/socialization with United States Air Force, the US-DoD, and the US intelligence community.

20. The 2020 Agreement also provided that Stonegardens would receive "equity compensation" equaling a 2% interest in DeepMedia, with the shares vesting on a prorated basis monthly over a 48-month period in lieu of "cash compensation."

21. Stonegardens devoted its resources and significant time to promoting DeepMedia.

22. Stonegardens' efforts were successful, providing DeepMedia with significant and substantial opportunities for securing funding, capital, new clients, and increased US-DoD brand awareness and award opportunities.

23. In short, Stonegardens' mentoring and advisory services changed and substantially raised the profile and market visibility of DeepMedia.

24. In fact, the efforts of Stonegardens were so successful in securing for DeepMedia business opportunities with the US-DoD, particularly with the United States Air Force, that DeepMedia itself through December 2023 listed on its website and other company marketing collateral media content that Daniel Selli of Stonegardens was "DeepMedia's Head of Defense & Federal Engagement."

25. Moreover, the aforementioned listing of Daniel Selli was only removed upon the request of Daniel Selli and Stonegardens so as to avoid any confusion by other Stonegardens clients as to Daniel Selli's continued affiliation with Stonegardens.

26. Daniel Selli and Nicholas Angerame of Stonegardens often traveled cross country and even abroad on behalf of DeepMedia, as well as with DeepMedia personnel, in support of the Stonegardens' efforts on DeepMedia's behalf.

27. The aforementioned travel occurred throughout the relationship, well into late 2023.

28. During these occasions, DeepMedia often leveraged Stonegardens' presence and support to its advantage, by, for example, and upon information and belief, billing Daniel Selli as a member of DeepMedia on company and presentation collateral.

29. DeepMedia also enlisted Daniel Selli to speak on stage on DeepMedia's behalf multiple times at major events, such as, for instance, MGMWERX workshops, South by Southwest ("SXSW"), and Department of the Air Force Information Technology Conference ("DAFITC").

30. Moreover, the aforementioned major events at which Stonegardens spoke on DeepMedia's behalf were in themselves procured as a derivative result of Stonegardens' successful efforts on DeepMedia's behalf.

31. Stonegardens and, specifically, Nicholas Angerame and Daniel Selli, were treated and advertised as DeepMedia team members and advisors and provided with DeepMedia credentials and email addresses (utilized through late December 2023).

32. Stonegardens, and specifically, Nicholas Angerame and Daniel Selli scheduled presentations and meetings designed to introduce DeepMedia and its CEO Rijul Gupta to key individuals working at or associated with the US-DoD, the United States Army (including Army Research Labs), the United States Air Force (including Air Force University's Innovation Research Task Force ("iRTF"), the Air Force Research Lab (AFRL), the Air Force Crypotologic Office(AFCO), and AF Ventures), MGMWERX, the National Institute of Standards and Technology ("NIST"), DAFITC, the National Air and Space Intelligence Center ("NASIC"), Singaporean Ministry of Defense, and Wall Street investment fund firms— to name some but not the complete list of the private and public sector individuals and entities Stonegardens brought together with DeepMedia.

33. In May 2022, Stonegardens helped arrange for Rijul Gupta, CEO of DeepMedia, to address the United Nations General Assembly; followed by an interview in September 2022 by the Wall Street Journal, as well as providing other publicity opportunities to raise the profile and visibility of DeepMedia, which led to, *inter alia*, interviews with national and international media outlets, such as Fox Business, Tokyo Broadcasting Station, and Nikkei.

34. Additionally, the success brought to DeepMedia within the US-DoD was and still is, used as a basis for nearly all positive press received to date by DeepMedia, which, upon information and belief, DeepMedia employed to bolster its commercial business efforts and the raising of venture capital.

**2021 Amendment to the December 10, 2020, Advisory Services Agreement**

35. While being extremely pleased with the services provided by Stonegardens and the successful advances that it was receiving, DeepMedia sought to amend certain terms of the 2020 Agreement it had with Stonegardens.

36. Primarily, DeepMedia wanted to change the previously agreed upon all equity/no cash compensations arrangement to a new lower equity percentage but providing cash and commission compensation, retroactively and through 2024.

37. On or about June 29, 2021, DeepMedia and Stonegardens entered into an amendment of the 2020 Agreement (the "2021 Amendment," annexed hereto as "Exhibit No. 2").

38. The 2021 Amendment provided, *inter alia*, that Stonegardens' equity-only Advisor Compensation arrangement would be modified to reduce the 2% equity interest to a .5% equity interest (50,000 common shares) and provide cash compensation as set forth below:

> Additionally, Advisor shall be paid a cash amount of $1,750.00 per month, as accrued from the period beginning from December 10th, 2020, to on or about December 10th, 2024. Further, Advisor shall be paid an eight (8) percent total

7

finders/success fee on any amount, profit or otherwise, deriving from referred business or opportunities from advisor. This amount shall in no circumstance ever exceed in any annual period an amount of $10,000,000.

39. The 2021 Amendment also provided that the portion of the original 2020 Agreement, titled "Vesting Period," was modified to read as follows: "[A]ll shares shall vest on a pro rata basis monthly over a 24 Month period (with no cliff period), starting from the date of this Agreement."

40. All other terms and conditions of the original 2020 Agreement were "ratified and affirmed."

41. Pursuant to the 2020 Agreement and the 2021 Amendment thereto, Stonegardens continued to successfully perform the services identified in its Statement of Work for DeepMedia up through December 2023.

**The 2022 Agreement**

42. While the efforts of Stonegardens advanced DeepMedia's growth through the award of new contracts and new business relationships with key private and public sector entities, it also revealed that DeepMedia needed to leverage the traction within the Air Force across all relevant stakeholder groups, including the United States US-DoD and other US services, to qualify for additional contracts and award revenue, to meet DeepMedia's aggressive growth plans for the company.

43. To accomplish the foregoing, DeepMedia, upon information and belief, needed to supplement its in-house resources in order to cultivate these new relationships, prepare and shepherd through submissions, and administer deliverables for its clients, especially to the broader US-DoD community, including the United States Air Force and Army, and other United States allied nations and alliances and their defense communities.

44. In short, while Stonegardens was first simply tasked to assist in business developments in the private sector and among the Air Force, DeepMedia now realized it needed and requested Stonegardens to manage the entire, new US-DoD defense business that Stonegardens had in effect created for DeepMedia, including, for example, liasing with and providing deliverables expected by DeepMedia's customers and end users (which often had only been secured as a result of Stonegardens' efforts on DeepMedia's behalf).

45. As a result, on or about March 14, 2022, DeepMedia entered into a second, separate Agreement (the "2022 Agreement," annexed hereto as "Exhibit No. 3") with Stonegardens to provide a new additional scope of services, expanding the statement of work from a limited number of Air Force proposals to unlimited submissions across the US-DoD.

46. The 2022 Agreement's contracted-for services, as memorialized in Schedule A—Statement of Work, included, but were not limited to, developing submission materials to comply with specific military requirements (across the entire US-DoD, as opposed to solely AFWERX submissions as had been the case under the 2020 Agreement as Amended), managing teaming agreements with subcontractors and research institutes, scheduling product demonstrations, and maintaining government portal enrollments.

47. In return, DeepMedia was to pay an additional $3,250 a month, alongside the ongoing equity grant, together with success fee and continued payments of $1,750 in lieu of granting additional equity.

48. The 2022 Agreement, from its very genesis, was considered a stand-alone agreement, separate and apart from the 2020 Agreement, as amended.

49. Stonegardens and DeepMedia both understood and agreed that the 2022 Agreement continued to govern Stonegardens' services and scope of work thereunder.

50. While Stonegardens continued to perform its promotional and new business generating-related activities on behalf of DeepMedia under the 2020 Agreement and 2021 Amendment, Stonegardens also performed new and additional services under the 2022 Agreement, including, but not limited to, assuming a new and/or increased role in managing interactions with and administering services to the new and prospective end users being on-boarded by DeepMedia, which included more AFWERX SBIR Phase I's, Phase II's, NATO DIANA Challenge, working group presentations, United States Army submissions, and other US-DoD's Broad Agency Announcements (BAAs) and Commercial Solutions Openings (CSO), as applicable.

51. Additionally, at the subsequent request and for the benefit of DeepMedia, Stonegardens also generated submissions to NATO, even though such was not explicitly provided under the terms of the 2022 Agreement, further demonstrating the goodwill, dedication and efforts of Stonegardens on DeepMedia's behalf, as Stonegardens continually went above and beyond its contractually-required duties at the request and for the benefit DeepMedia.

52. During the period governed by the 2020 Agreement, the 2021 Amendment thereto, and the 2022 Agreement, Stonegardens dedicated extensive time, resources, opportunity cost, and investment in support and on behalf of DeepMedia.

53. Stonegardens engaged in weekly strategy calls with DeepMedia, bi-weekly customer tag-up calls, monthly "US-DoD Braintrust" meetings with DeepMedia investors, and other ongoing, ad-hoc calls; in addition to all other deliverables and good will actions through and even past December 2023.

54. Stonegardens' efforts delivered significant results and substantial revenue to DeepMedia.

55. In fact, it can be readily proven, that nearly all success DeepMedia has enjoyed resulted from Stonegardens' efforts.

56. Moreover, DeepMedia, to this day, prominently on the first page of its website, advertises itself as a credible, cutting-edge technology provider based on the "partnerships" it has with the US-DoD, which primarily came into being as a result of Stonegardens' efforts.

57. Stonegardens submitted to and received payment from DeepMedia on more than thirty invoices from December 2020 through December 2023.

58. Stonegardens' invoices were submitted to DeepMedia through Bill.com, an electronic billing service, which requires the receiving company, such as DeepMedia here, to review and accept the terms of an invoice as valid prior to it remitting payment.

59. DeepMedia accepted the aforementioned invoices as being correct and accurate.

60. DeepMedia never objected to any of the aforementioned invoices or any of the individual charges and/or description of services or fees set forth therein.

**Due to its Financial Difficulties DeepMedia Suspends Stonegardens Service**

61. Stonegardens provided continuous services under both the 2020 Agreement, as amended by the 2021 Amendment, and the 2022 Agreement up to December 2023 until it was notified via email at 10:38 pm on Saturday December 30, 2023, from Emma Brown of DeepMedia that:

"Hi Nick and Dan,

We are developing our 2024 plan and re-crafting GTM. As such, we are re-evaluating all vendors and pausing all contracts until further notice. We appreciate your patience, in the meantime, we will cancel our regular calls, hold all work and suspend billing/payments.

Best,
Emma"

11

62. Previously on the same date, Nicholas Angerame and Daniel Sell received automated notifications from Gmail that their DeepMedia email addresses were being deactivated.

63. Thereafter, in or about January 2024, DeepMedia's Chief Business Officer, Nikesh Kalra, advised Stonegardens' Managing Partner Nicholas Angerame that DeepMedia was experiencing financial difficulties.

64. Nikesh Kalra also advised Nicholas Angerame that DeepMedia was temporarily "pausing all contracts" and "ceasing all vendor agreements," including DeepMedia's agreements with Stonegardens, in an attempt to right its finances.

65. Nikesh Kalra also admitted that Stonegardens had driven the vast majority of DeepMedia's revenue and success to date and, as a result, represented and promised that DeepMedia would deliver to Stonegardens a repayment plan, asking for discounts, haircuts and waivers of various fees owed.

66. Nikesh Kalra also represented that due to DeepMedia's financial difficulties it needed Stonegardens to accept a "haircut," implying if Stonegardens, as well as other vendors demanded full payment at once or sued and sought payment all at once, DeepMedia would "go down" and then no one would get paid.

67. As a result of the representations of Nikesh Kalra on behalf of DeepMedia, Stonegardens gave DeepMedia the benefit of the doubt, agreeing to give DeepMedia the additional time Nikesh Kalra had requested to draft and present the repayment offer.

68. However, despite numerous, and ultimately ignored, communications, and requests from Stonegardens, DeepMedia never transmitted a repayment plan or offer.

69. Not a single invoice was disputed or rejected by DeepMedia or anyone on its behalf, at any time over the multi-year relationship.

70. Stonegardens commenced its services in December 2020 and continued until December 2023 when it received the email referenced above from Emma Brown of DeepMedia.

71. DeepMedia owes Stonegardens the sum of $189,923.81, plus its 0.5% equity in DeepMedia.

72. Upon information and belief, DeepMedia has represented to third parties that is has a valuation between $70 million to $150 million— thereby making Stonegardens' 0.5% equity stake to be worth $350,000 to $750,000.

73. Indeed, for example, upon information and belief, in or about November 2023, in a contract submission to the United State Air Force, DeepMedia represented, among other things, under a Section entitled "Company Information" that it had a "valuation of $70 million," and under a Section entitled "Financing" that it had a "recent valuation of $70 million" and "is currently in the process of raising a $20 million Series A round at a $150 million valuation."

74. Further, upon information and belief, DeepMedia's representations as to its valuation accompanied acknowledgements, signed by DeepMedia's Chief Executive Officer, Rijul Gupta, and/or Chief Operating Officer, Emma Brown, such as that "information provided…in connection with the award[ ] is true and correct…" and "that any intentional or negligent misrepresentation of the information…may result in criminal, civil or administrative sanctions, including but not limited to: (1) fines, restitution and/or imprisonment under 18 U.S.C. 1001; (2) treble damages under the False Claims Act (31 U.S.C. 3729 et seq.); (3) double damages and civil penalties under the Program False Civil Remedies Act (31 U.S.C. 3801 et seq.); (4) civil recovery of award funds, (5) suspension and/or debarment from all Federal procurement and nonprocurement transactions…and (6) other administrative penalties including termination of SBIR/STTR awards."

75. Upon information and belief, DeepMedia has also transmitted representations to others that its valuation is as high as $150,000,000.

76. Clearly, DeepMedia is wrongfully attempting to escape its financial obligations and debts. The services provided by Stonegardens have been instrumental to the success of DeepMedia. This fact has been acknowledged by officers of DeepMedia.

77. Stonegardens is entitled to recover between $540,000 and $940,000 it is owed, together with interest thereon.

## COUNT I.

## **BREACH OF CONTRACTS**

78. Stonegardens repeats, reiterates, and realleges each and every allegation set forth in paragraphs "1" through "77" as if fully stated herein.

79. DeepMedia and Stonegardens entered into the 2020 Agreement, which was amended in 2021, and the 2022 Agreement.

80. Pursuant to the terms of the respective 2020 and 2022 Agreements, DeepMedia was obligated to remit payment to Stonegardens for the services it performed for and on behalf of DeepMedia.

81. Stonegardens performed all its obligations required of it under each of the 2020 Agreement and 2022 Agreement, except to the extent that such performance has been prevented and/or lawfully excused by the actions and/or omissions of DeepMedia.

82. Notwithstanding Stonegardens' full performance, DeepMedia has breached both the 2020 Agreement and the 2022 Agreement by failing and refusing to remit payments due and owing to Stonegardens in the amount of $189,923.81, plus its .5% equity in DeepMedia—which is believed to be worth an additional amount between $350,000 to $750,000.

83. Although the damages incurred thus far are not fully liquidated, it is believed such damages will exceed at minimum $540,000, if not $940,000.

84. By reason of the foregoing, Stonegardens is entitled to have judgment against DeepMedia in an amount to be determined at trial, but presently estimated to exceed at minimum $540,000, if not $940,000, together with interest, costs, and disbursements of this action.

## COUNT II.

### QUANTUM MERUIT

85. Stonegardens repeats, reiterates, and realleges each and every allegation contained in Paragraphs No. "1" through No. "84" hereof, with the same force and effect as though more fully set forth at length herein.

86. Beginning in December 2020 and continuing up to December 2023, DeepMedia requested that Stonegardens perform and/or provide certain work, services, and resources on DeepMedia's behalf and for its benefit.

87. Stonegardens successfully performed and/or provided the work, services and resources requested by DeepMedia.

88. As a result of the work services performed by and/or resources provided by Stonegardens, DeepMedia has received significant benefits, including new business, positive press, industry acclaim, and financial benefits.

89. Notwithstanding Stonegardens' full performance and DeepMedia availing itself of the benefits therefrom, DeepMedia has failed and refused to pay Stonegardens.

90. The reasonable value for unpaid work, services, and resources owed by DeepMedia is $189,923.81, plus its .5% equity in DeepMedia – which is believed to be valued at an additional amount between $350,000 to $750,000.

91. Although the damages incurred thus far are not fully liquidated, it is believed such damages will exceed at minimum $540,000, if not $940,000,

92. By reason of the foregoing, Stonegardens is entitled to have judgment against DeepMedia in an amount to be determined at trial, but presently estimated to exceed at minimum $540,000, if not $940,000, together with interest, costs, and disbursements of this action.

## COUNT III.

### UNJUST ENRICHMENT

93. Stonegardens repeats, reiterates, and realleges each and every allegation contained in Paragraphs No. "1" through No. "92" hereof, with the same force and effect as though more fully set forth at length herein.

94. Beginning in December 2020 and continuing up to December 2023, DeepMedia requested that Stonegardens perform and/or provide certain work, services, and resources on its behalf and for its benefit.

95. Stonegardens successfully performed and/or provided the work, services and resources requested by DeepMedia.

96. DeepMedia has been unjustly enriched for while it has availed itself of receipt of significant benefits, including new business and financial benefits, it refuses to remit payment for all of the work, services, and resources it has received from Stonegardens.

97. Stonegardens has been impoverished by DeepMedia's failure to remit payment for all of the work, services, and resources provided by Stonegardens as Stongardens dedicated extensive time, resources, investment, and opportunity cost by providing services and support to DeepMedia.

98. The reasonable value for unpaid work, services and resources owed by DeepMedia is $189,923.81, plus its .5% equity in DeepMedia – which is believed to be valued at an additional amount between $350,000 to $750,000.

99. Although the damages incurred thus far are not fully liquidated, it is believed such damages will exceed the sum of $540,000, if not $940,000.

100. By reason of the foregoing, Stonegardens is entitled to have judgment against DeepMedia in an amount to be determined at trial, but presently estimated to exceed at minimum $540,000, if not $940,000, together with interest, costs, and disbursements of this action.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Stonegardens Advisory LLC, hereby respectfully demands:

(a) on the First Count for Breach of Contract, a judgment in favor of Stonegardens Advisory LLC against Defendant DeepMedia.AI in an amount to be determined at the trial of this action, but which is believed to exceed at minimum $540,000, if not $940,000;

(b) on the Second Count for Quantum Meruit, a judgment in favor of Stonegardens Advisory LLC against Defendant DeepMedia.AI in an amount to be determined at the trial of this action, but which is believed to exceed at minimum $540,000, if not $940,000;

(c) on the Third Count for breach of Unjust Enrichment, a judgment in favor of Stonegardens Advisory LLC against DeepMedia.AI in an amount to be determined at the trial of this action, but which is believed to exceed at minimum $540,000, if not $940,000;

(d) the costs, disbursements and attorneys' fees of this action as permitted by law to be included in any judgment against DeepMedia; and

(e) such other, further, and different relief as this Court may deem just and equitable.

### DEMAND FOR JURY TRIAL

Stonegardens Advisory LLC hereby demands a jury trial for all claims so triable.

Dated: New York, New York
March 22, 2024

WASSERMAN GRUBIN & ROGERS, LLP

By: _____
Michael T. Rogers
Douglas J. Lutz
Ariana Marte Acevedo
*Attorneys for Plaintiff Stonegardens Advisory, LLC*
1700 Broadway, 16th Floor
New York, NY 10019
Telephone: (212) 581-3320
MRogers@wgrlaw.com
DLutz@wgrlaw.com
AAcevedo@wgrlaw.com