UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEGARDENS ADVISORY LLC,

                                    Plaintiff,

                    -v-

DEEPMEDIA.A.I.,

                                    Defendant.

---

24 Civ. 2178 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On May 6, 2024, defendant filed a motion to dismiss the complaint under Rule 12(b) of

the Federal Rules of Civil Procedure. Dkt. 7. Under Rule 15(a)(1)(B), a plaintiff has 21 days

after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiff shall file any amended complaint by

May 27, 2024. No further opportunities to amend will ordinarily be granted. If plaintiff does

amend, by June 17, 2024 defendants shall: (1) file an answer; (2) file a new motion to dismiss; or

(3) submit a letter to the Court, copying plaintiff, stating that they rely on the previously filed

motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiff shall file any

opposition to the motion to dismiss by May 26, 2024. Defendants' reply, if any, shall be filed by

June 10, 2024. At the time any reply is filed, the moving party shall supply the Court with two

courtesy copies of all motion papers by mailing or delivering them to the Thurgood Marshall

United States Courthouse, 40 Centre Street, New York, New York 10007.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, plaintiff's
opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days
after that.

1

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 7, 2024
       New York, New York

2