UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STONEGARDENS ADVISORY LLC,

                              Plaintiff,                         24-CV-02178 (PAE)(SN)

         -against-                               **ORDER**

DEEPMEDIA.A.I.,

                             Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Thursday, April 10, 2025, the Court issued an Order directing the parties to email Courtroom Deputy Diljah Shaw by April 17, 2025, to schedule a settlement conference. The parties have not contacted Ms. Shaw. No later than May 1, 2025, the parties are directed to e-mail Ms. Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:     April 24, 2025
               New York, New York