UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STONEGARDENS ADVISORY LLC,

                          Plaintiff,

-v-

DEEPMEDIA.AI f/k/a ANONYMOYUS A/I INC.,

                          Defendant.

24 Civ. 2178 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons stated on the record at today's case management conference, the Court authorized the depositions of two defendant fact witnesses to occur after the deadline for fact discovery, and extended the expert discovery deadline from July 16, 2025 to August 15, 2025. The Court hereby sets the following schedule and deadlines:

- Both sides' expert reports are due July 25, 2025.
- Any expert witness depositions shall be completed no later than August 15, 2025, with plaintiff's expert to be deposed first. The parties are to promptly confer and set a schedule for expert depositions.
- The parties' joint pretrial order is due September 10, 2025.
- Trial is expected to take place in the first half of November 2025. Counsel are to remain available to try this case during that period.

SO ORDERED.

                                                                  *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: June 30, 2025
       New York, New York